IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| APRIL BENNER,<br><br>        Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF MASTR ASSET-BACKED SECURITIES TRUST 2007-NCW, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES, 2007-NCW, SELECT PORTFOLIO SERVICING, INC., and SPECIALIZED LOAN SERVICING LLC,<br><br>        Defendants. | Civil Action No. _____ |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WELLS FARGO BANK, N.A.

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Wells Fargo Bank, N.A. makes the following disclosures:

  Wells Fargo Bank, N.A. is a direct and indirect, wholly owned subsidiary of Wells Fargo & Company, a publicly traded financial holding company. Wells Fargo & Company owns 10% or more of the stock of Wells Fargo Bank, N.A. Other than Wells Fargo & Company, no publicly-held companies own 10% or more of Wells Fargo Bank, N.A.'s stock. Wells Fargo Bank, N.A. reserves the right to supplement or amend this disclosure as needed.

*[Signatures on following page]*

Respectfully submitted,

WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF MASTR ASSET-BACKED SECURITIES TRUST 2007-NCW, MORTGAGE PASS-THROUGH CERTIFICIATES, SERIES, 2007-NCW
By its attorneys,

*/s/ Kevin Polansky*
Kevin Polansky (Maine Bar No. 005516)
kevin.polansky@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA  02109
(617) 217-4720
(617) 217-4710 (fax)

Dated: September 14, 2016

CERTIFICATE OF SERVICE

I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: September 14, 2016            */s/ Kevin P. Polansky*