EXHIBIT 4

# Molleur Law Office

James F. Molleur
Tanya Sambatakos*
Andrea Bopp Stark***
Jennifer G. Hayden***
Barry E. Schklair**
Jessica A. Lewis
Chet Randall****
Andrew R. Sarapas

*Admitted in Maine and Massachusetts
** Admitted in Maine and New York
***Admitted in Maine, Massachusetts, and New Hampshire
****Admitted in Maine and Alaska

419 Alfred Street
Biddeford, Maine 04005-3747

537 Congress St, Ste 411
Portland, Maine 04101

95 Main Street
Auburn, Maine 04210

207.283.3777
Fax: 207.283.4558
Toll Free: 1.800.794.5050

www.molleurlaw.com

May 7, 2015

Jenai J. Cormier, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915

Select Portfolio Servicing, Inc.
P.O. Box 65277
Salt Lake City, UT 84165-0277

   Re:  Notice of Error and Request for Information
   Name: April Benner
   Last 4 of SS#: 4804
   Loan #:    4635
   Property: 683 Main Street, Bowdoin, Maine 04287

Sent Via Certified Mail:
  To Doonan Graves and Longoria #: 7008 1140 0001 3888 5826
  To SPS #: 7008 1140 0001 3888 5819

Dear Select Portfolio Servicing Representative:

  Please note that this office represents Ms. Benner regarding a dispute she has on the above-referenced loan. This correspondence is in relation to Ms. Benner's home loan and her efforts to address the default on that loan.

  Pursuant to the Real Estate Settlement Procedures Act, 12 U.S.C. §2601 et. seq., and its implementing regulation, 12 CFR §§ 1024.35-36, please consider this letter to be a Qualified Written Request that includes a **Notice of Error** and **Request for Information** regarding the loan account of the Borrower identified above.

**1. Notice of Error.**

This qualified written request and notice of error results from the failure to convert a previously offered Department of Justice modification offer dated February 26, 2013 in which Ms. Benner made 6 payments towards a three payment trial plan of $1,035.75. Upon receiving the documents to complete this elongated process, Ms. Benner signed the documents and was also forced to obtain the signature of her ex-spouse, Robbie Benner, despite having provided a quitclaim deed from him to her. Ms. Benner returned the signed modification documents to SPS by fax on or around the beginning of May 2013 for conversion from the trial plan to the permanent modification. However, SPS has since claimed that these documents were never received and has since denied this offer. Ms. Benner has not received any written correspondence from SPS since October 2014 regarding an approval or denial of all loss mitigation options including the DOJ program and HAMP programs. Meanwhile, a foreclosure action remained pending against her in the District Court.

In light of SPS' denial and failure to implement the DOJ modification, Ms. Benner underwent another loan modification application process in 2014. SPS deemed her application complete as of October 24, 2014. Despite exhaustive efforts by Ms. Benner and her HUD Housing Counselor, Jason Thomas, a final determination on this application has still not been made. SPS is in violation of 12 C.F.R. §1024.41 including but not limited to:

1. SPS failed to comply with 12 C.F.R. §1024.41(b) (2) (B) by not sending to Ms. Benner notice within five business days after receiving her loss mitigation application providing confirmation of receipt of the application and advising if it was complete and if not, what it required for Ms. Benner to complete her loss mitigation application;
2. SPS has repeatedly failed to "exercise reasonable diligence in obtaining documents and information to complete a loss mitigation application" in violation of 12 C.F.R. §1024.41(b) (1);
3. SPS repeatedly (6 times over and counting) failed to evaluate Ms. Benner for all loss mitigation options within 30 days of receiving a complete loss mitigation application on at least two occasions in violation of 12 C.F.R. §1024.41(c)-(c)(i). It has been 195 days since her packet was deemed complete.

SPS continues to violate 12 C.F.R. §1024.41 by failing to provide a determination of the application. Now it has requested additional documents from Ms. Benner including a dated version of her 2013 tax return which was never previously requested and is doubtful is required under modification rules, along with her 2014 tax return which she never would have had to provide but for SPS's continued delay and failure to comply with RESPA.

The errors alleged are SPS' failure to provide accurate information to Ms. Brenner regarding her loss mitigation options and failure to comply with the timelines set out in 12 C.F.R. §1024.41. Had SPS performed a timely review of all loss mitigation options as of the date of the complete packet of October 24, 2014, Ms. Benner would have been provided with a determination by November 23, 2014. We therefore request an immediate determination and explanation for any denial of all loss mitigation options including modifications under the DOJ, HAMP, and any in-house programs on Ms. Benner's loan. We also request a waiver of all fees, interest, and costs that have accumulated on Ms. Benner's account since November 24, 2014. Further, we request payment of $2,000 statutory damages for SPS's repeated failure to comply with the RESPA regulations.

**2. Request for Information.**

This qualified written request and request for information results from the failure to convert the above mentioned DOJ modification and documented failures associated with the loss mitigation review currently. Ms. Benner was never provided a reason for the failure to implement the DOJ modification and has not received any explanation for your failure to review her for a current loan modification. Please provide this information.

SPS has stated verbally to her housing counselor that Ms. Benner has been deemed ineligible for both HAMP Tier I and II loss mitigation programs. To date, no decline documentation has been provided to her regarding these alleged reviews, including the value of the property and the income used in the evaluation, both integral to NPV testing and, ultimately, modification eligibility. Please provide that information.

Since this loan continues to incur costs and fees as this loan modification process continues, and the pending foreclosure matter is likewise continuing, Ms. Benner further requests the following additional information:

1. The full name and address of the entity that is the owner or assignee of this loan;

2. The full name and address of the master servicer for this loan;

3. The full name and address of current servicer for this loan;

4. The full name and address of the party who claims to be entitled to enforce the note and mortgage that comprise the above referenced loan;

5. A complete life-of-loan loan history from the date of the origination of this loan to the present date showing all credits and debits to the loan account, and including, if necessary, a code sheet that will allow Ms. Benner to understand all entries for which codes are used to identify the nature of the listed transactions. This document must include your own servicing records as well as all records of any prior servicers for this loan.

6. A complete statement of the amount of money which Ms. Benner must pay to cure any outstanding default(s) on this loan and itemizing the components of that cure payment figure including principal, accrued interest, late fees, corporate advances, legal fees and any other fees and charges including the sum required to cure any outstanding defaults.

7. A complete pay-off statement, showing the total amount of money required to pay this loan in full, and itemizing the components of that pay-off figure including principal, accrued interest, late fees, corporate advances, legal fees and any other fees and charges included in the pay-off figure.

8. The following details regarding my loan:

   a. The present rate of interest on the loan;

b. The present unpaid principal balance of the loan;

c. Remaining number or months left to pay on the loan;

d. The date on which the loan went into default;

e. The number of months that the loan is past due;

f. The monthly principal and interest payments presently due on the loan;

g. The amount of monthly real estate taxes which you claim should be payable with respect to this loan;

h. The amount of monthly hazard and flood insurance which you claim should be payable with respect to this loan;

i. The amount of real estate taxes paid by you for which you have not received reimbursement from me;

j. The amount of property insurance premiums paid by you for which you have not received reimbursement from me.

9. Any and all loan modification offer documentation, trial or permanent, which was generated by, sent from, and/or received by SPS since the inception of the original loan.

10. All documentation evidencing SPS's evaluation of Ms. Benner for loss mitigation options.

Ms. Benner seeks the forgoing information in connection with her efforts to obtain a modification of her mortgage loan. She has been unsuccessful in obtaining an accurate, comprehensive response regarding this loan's eligibility for a loan modification despite many attempts in the last two years. Ms. Benner does have regular income as evidence in her application to support a modified payment of the loan. She wishes to retain her home and to start paying a modified monthly payment as soon as possible.

Pursuant to 12 CFR § 1024.35, please provide a response to this notice of error within 30 days. Moreover, under 12 CFR § 1024.36, please provide an acknowledgement in writing of your receipt of this request for information within five business days of such receipt and the requested information regarding the identity of the owner or assignee of this mortgage loan within ten calendar days of such receipt. Please provide a response to the other requests within thirty business days of such receipt, or notification to me within such thirty-day period of your need for a fifteen-business day extension to respond fully.

If you have any questions regarding this request please feel free to call me at the number listed above or my direct line: 207-494-2932.

Thank you for taking the time to acknowledge and reply to this request.

Sincerely,

*[signature]*

Andrea Bopp Stark, Esq.

Enc.
CC: April Benner
Jason W. Thomas, Coastal Enterprises, Inc.

# Molleur Law Office

James F. Molleur
Tanya Sambatakos*
Andrea Bopp Stark***
Jennifer G. Hayden***
Barry E. Schklair**
Jessica A. Lewis
Chet Randall****
Andrew R. Sarapas

419 Alfred Street
Biddeford, Maine 04005-3747

637 Congress St, Ste 411
Portland, Maine 04101

95 Main Street
Auburn, Maine 04210

*Admitted in Maine and Massachusetts
** Admitted in Maine and New York
***Admitted in Maine, Massachusetts, and New Hampshire
****Admitted in Maine and Alaska

207.283.3777
Fax: 207.283.4558
Toll Free: 1.800.794.5050

www.molleurlaw.com

Date: 5/6/15

RE: Name: April Bonner
Street: 683 Main St. / PO Box 63
City: Bowdoin
State & Zip: ME 04287
Social Security Number: xxx-xx-4604 xxx-xx-____
Loan Number: ▮▮▮▮▮▮▮4635

Sir/Madam:

Please be advised that this office represents __April L. Bonner__ relative to the above captioned matter. Kindly see client(s)' authorization below for you to discuss his/her/their account(s) with this office.

If you have any questions or comments, please feel free to contact me.

Sincerely,

ANDREA BOPP STARK

CHET RANDALL

DAWN LEVESQUE

## AUTHORIZATION TO RELEASE

I/we, __April L. Bonner__, authorize my attorneys, Molleur Law Office (and staff), to discuss my account noted above.

Dated: 5/6/15

Dated: _____

Molleur Law Office
419 Alfred St
Biddeford, ME 04005



Select Portfolio Servicing, Inc.
P.O. Box 65277
Salt Lake City, UT 84165-0277

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Select Portfolio Servicing, Inc.
P.O. Box 65277
Salt Lake City, UT 84165-0277

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7008 1140 0001 3888 5819

PS Form 3811, July 2013    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .69 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | X |
| Total Postage & Fees | $ 6.69 |

Postmark Here

Sent To: Select Portfolio Servicing, Inc.
Street, Apt. No.; or PO Box No. P.O. Box 65277
City, State, ZIP+4 Salt Lake City, UT 84165-0277

7008 1140 0001 3888 5819

PS Form 3800, August 2006

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Select Portfolio Servicing, Inc.
    P.O. Box 65277
    Salt Lake City, UT 84165-0277

2. Article Number (Transfer from service label): 7008 1140 0001 3888 5819

**COMPLETE THIS SECTION ON DELIVERY**

Signature: Wendy Powell ☐ Agent ☐ Addressee

B. Received by (Printed Name): [illegible] Powell
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

[Postmark: MAY 11 ... SOUTH LAKE BRANCH]

3. Service Type
   ☑ Certified Mail  ☐ Priority Mail Express
   ☐ Registered     ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Domestic Return Receipt

---

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

Molleur Law Office
Attn: Dawn Levesque
419 Alfred St.
Biddeford, ME 04005

Received MAY 15 2015
Benner-QWK