**SPS | SELECT Portfolio SERVICING, inc.**

P.O. Box 65250
Salt Lake City, UT 84165

June 10, 2015

Molleur Law Office
Attention: Andrea Bopp Stark, Esq.
419 Alfred Street
Biddeford, ME 04005

         Re:   Select Portfolio Servicing Loan No. ████4635
             April Benner

Dear Andrea Bopp Stark, Esq.

This letter acknowledges receipt of your correspondence dated May 7, 2015 that states it is a Qualified Written Request under the Real Estate Settlement Procedures Act (RESPA) and asserted errors regarding:

- Payoff Statement
- Note Holder
- Loan Servicing
- Foreclosure
- Violations in our Loss Mitigation Reviews
- Document Request

We understand that April Benner has authorized us to communicate with you regarding the above referenced loan.

Our investigation included a review of our records and we have concluded the following:

**Violation in Loss Mitigation Reviews, Document Request and Loan Servicing** - Please be advised, on May 31, 2015, SPS transferred the servicing rights for the above referenced loan to Specialized Loan Servicing LLC. We have enclosed our correspondence dated May 1, 2015 advising of such. Please contact the new servicer with requests for documents or current servicing issues. Their contact information is:

Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163
Phone Number: 1-800-315-4757 (Monday – Friday, 6:00 a.m. through 6:00 p.m.)

**Payoff Statement** - Please contact the new servicer for updated Payoff information by calling Specialized Loan Servicing LLC at 1-800-315-4757. Their hours of operation are Monday through Friday from 6:00 a.m. through 6:00 p.m.

**Foreclosure** – On the last day of our servicing of the loan on May 31, 2015, the loan was referred to a foreclosure attorney and no foreclosure sale date was scheduled. Please contact Specialized Loan Servicing LLC at the telephone number provided above with regards to the current status of the loan.

**Note Holder** - During the servicing of your client's loan, we have previously responded to your concern regarding Note Holder under separate correspondence previously forwarded to your client dated May 14, 2015. Please contact the new servicer with requests for documents or current servicing issues by calling Specialized Loan Servicing LLC at the phone number provided above.

You may request and we will provide, at no charge, copies of the documents that we relied on in reaching our determination that no error occurred. If we cannot provide such documents because they are privileged or proprietary, we will advise you.



AD999            00083781000006020300       ████4635



**SPS** | SELECT
*Portfolio*
SERVICING, inc.

May 14, 2015

ROBIE G BENNER
APRIL BENNER
PO BOX 63
BOWDOIN, ME 04287

RE:  Account No:         ▮▮▮▮4635
     Property Address:   683 MAIN STREET
                         BOWDOIN, ME 04287

Dear ROBIE G BENNER, APRIL BENNER:

Select Portfolio Servicing, Inc. (SPS) acknowledges receipt of your correspondence dated 05/11/2015 regarding the above referenced account. In your correspondence, you requested information regarding the name of the "owner" of the account, sometimes also referred to as the "investor", "creditor", and/or "note holder".

Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW is the owner of the account, and SPS is the mortgage servicer of the account.

The owner status of the loan is based upon a review of our records as of the date of this letter. Loan ownership status may change from time to time.

As the mortgage servicer, SPS is authorized to collect all payments and administer the terms of the note and security agreement. Questions or disputes regarding the account and any requests for mortgage assistance should be directed to SPS in order to ensure a timely response and resolution.

If other items were raised in your correspondence, they will be addressed under separate cover.

If you have any questions or concerns, please contact me directly at 866-878-5178 ext. 50139, between the hours of 7:30 a.m. and 4:30 p.m., Eastern Time.

Sincerely,

Taqueena Daniels
Customer Advocate
Select Portfolio Servicing, Inc.

Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingues están a su disposición para contestar cualquier pregunta llamando al teléfono 800-831-0118 y marque la opción 2.

This information is intended for informational purposes only and is not considered an attempt to collect a debt.

AD411                      00082757000013010100                0012674635



AD999                      00083781000006030300                      4635







Molleur Law Office
419 Alfred St.
Biddeford, ME 04005



AD999                           00083781000006010300                                   1635