# EXHIBIT 8

EXHIBIT 28

| LOAN_NO | WorkoutStatusName | WorkoutTypeName | ProductName | Eligible | IsOptOut | IsDenied | ProductStatus | ReasonDisplayName |
|---|---|---|---|---|---|---|---|---|
| ▮ | Processing | Complete Package Review | HAMP Unemployment | 1 | 0 | 1 | Denied | Not Currently Unemployed |
| ▮ | Processing | Complete Package Review | SPS Unemployment | 1 | 0 | 1 | Denied | Not Currently Unemployed |
| ▮ | Processing | Complete Package Review | HAMP Tier 1 Trial Mod | 1 | 1 | 1 | Denied | HAMP-Escrow payment exceeds 31% payment |
| ▮ | Processing | Complete Package Review | HAMP Tier 2 Trial Mod | 1 | 0 | 1 | Denied | HAMP-DTI Outside of Acceptable range |
| ▮ | Processing | Complete Package Review | BAC Trial Mod | 1 | 0 | 0 | Processing | NULL |
| ▮ | Processing | Complete Package Review | Repayment Plan | 1 | 0 | 1 | Denied | Financials Do Not Support |



Δ π EXHIBIT 30
Deponent SPS
Date 3-7-17  Rptr. DE
WWW.DEPOBOOK.COM

SPS_002178