UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

_____

APRIL BENNER

PLAINTIFF

v.                                                                    Civil Action No. 2:16-cv-467-NT

WELLS FARGO BANK, N.A., AS
TRUSTEE FOR THE CERTIFICATE
HOLDERS OF MASTR ASSET-BACKED
SECURITIES TRUST 2007-NCW,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES, 2007-NCW,
SELECT PORTFOLIO SERVICING,
INC., and SPECIALIZED LOAN
SERVICING, LLC

DEFENDANTS

_____

Pursuant to 28 U.S.C. § 1746, I, April Benner, declare as follows:

1. I, April Benner, am an adult and competent to declare the matters described below.

2. I make this declaration on personal knowledge

3. I am the Plaintiff in the above-captioned case.

4. I brought this case because of how SPS and SLS, under Wells Fargo, managed my application for a loan modification.

5. SPS is now out of the case and I would like to describe how SLS's behavior affected me.

6. SLS took over servicing my loan in June 2015. They were the third servicer since I had this loan.

7. I was in foreclosure and I went to a mediation on June 8, 2015.

8. At the mediation before June, SPS said I had given them everything they needed. I had spent over a year trying to get a modification from them.

9. I went to the June mediation hoping this whole nightmare would be over and I could finally know my family wouldn't lose our home.

10. But instead I was informed there that SPS had transferred the loan to yet another servicer. The full loan mod. package I had with SPS was pretty much null and void and we would have to start all over again.

11. My emotions were all over the place in that moment. I did not let it show to anyone in the room but it was like the whole room went silent. I felt like I'd been punched in the gut.

12. I just wanted security for my family and to know my kids could continue to stay in their schools and be with their friends.

13. One of my children is blind and autistic and needs full care. He has multiple therapies multiple times a day. The thought of the chance of not being able to keep the security of his home and routine was heartbreaking and scary.

14. On top of and beyond my children, when my mother passed I moved my 96 year old grandmother in with us.

15. She was on palliative care and had lost both her daughters. I/we my children and I could not leave her so we brought her home with us.

16. But with the home loan up in the air, the uncertainty of keeping the home especially after another loan servicer took over, and having to start the modification process over caused more stress and anxiety than I can even express in words.

17. I got the house in the divorce. My ex-husband signed the quit claim deed.

18. I work 2 plus jobs. The house isn't even worth what in the end I will pay for it but… it's my children's' home!

19. As a single mom with 4 children, one severely disabled, and a dying grandmother, I did and will continue to persevere.

20. To me, and as I have raised my children, you do what you have to do for the things that really matter and a home, their home, my home matters.

21. From the point of SLS taking over my loan, I again had to gather more documents time and time again.

22. I have lost count on the numerous documents I have sent and resent. To me it didn't make sense because I had a full packet in for months prior to SLS taking the loan over but I still took time off of work. I drove many miles and ran around constantly gathering whatever was being asked for while working 2 plus jobs and raising my family and caring for my grandmother.

23. I was just waiting to know whether my home would be my home for sure and that I could stop worrying about the "what ifs" for my family.

24. When I knew that SLS kept wanting more documents, some I had already sent in, and wasn't giving me answer about the mod, I had a hard time concentrating and sleeping because I kept worrying about what SLS would do. I had vivid nightmares. I ate more and gained weight. I knew the foreclosure was still active and I didn't want to lose my

house to foreclosure. I cried easily and was more uptight with my family.  I was on edge always wondering if I could keep my home and if not, what I would possibly do with a disabled son and dying grandmother.

25. I just kept sending in the documents though even if they already had them because I wanted to do everything I could to save my home.

26. I worried for all those months that my little rockstar (my disabled boy) would be uprooted from what he's has known for 12 years of his life and regress to who knows where.

27. We were told he would never walk, talk and would sit in a corner in diapers and a feeding tube.  Today he sings and dances and can feed himself and so much more.  He will never be typical but that's ok. He has taught us all so much about life.

28. That constant worry of up rooting him and what it could have done to his progression is and was a nightmare.

29. To think that my daughter could not finish high school with her friends since kindergarten was again heartbreaking.

30. Moving my dying grandmother who lost her 2 only children would have killed her.

31. These are all things I continued to stress about daily but I could only let it out when no one was looking.  Because I was the one who was going to make it all ok for all of them. I was their rock and didn't want them to suffer as I had been through this horrible process. Like asking me to get information from my abusive ex husband when I had the house and quit claim deed? Why is that ok at all?

32. When the first temporary offer came in months after SLS took over, I was told that if I rejected it, I could be evaluated for a more affordable modification. That is what I needed to keep my home.

33. There were so many things on my brain; my kids, my grandmother, money, life. I prayed and prayed and prayed. At home I fell apart after everyone in my house went to bed, sobbing, not knowing what to do.

34. Even the day I signed the final mod I still had some disbelief. I had received a great mod before but that fell through years earlier.

35. How could I believe his horrible nightmare was truly really over and that I could tell my children and grandmother it was going to be ok and truly believe it?

36. It took me months to tell them all and actually believe it.

37. We made it finally but definitely not thanks to this process but to prayers beyond prayer and perseverance and busting my butt to make sure it did happen.

I declare under penalty and perjury that the foregoing is true and correct.

Executed this \_\_ day of August, 2017

_____
April L. Benner