# Emily Wasserman

| | |
|---|---|
| **From:** | Andrea Bopp Stark <andrea@molleurlaw.com> |
| **Sent:** | Wednesday, May 06, 2015 9:55 AM |
| **To:** | 'Jason W. Thomas' |
| **Cc:** | 'Sunshine' |
| **Subject:** | RE: Update / SPS and Courts - April Benner |

Thank you, Jason. My sense would be to jump through the hoops to show that April is doing everything she can do on her end despite SPS's failures.  I am going to write them and can include this latest event. April- please provide Jason with your 2014 taxes ASAP. Thank you.


Andrea Bopp Stark, Esquire
Molleur Law Office
419 Alfred Street
Biddeford, Maine 04005-3747
207-283-3777
207-283-4558 (fax)
andrea@molleurlaw.com
www.molleurlaw.com

*THIS EMAIL MESSAGE MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ALL RECIPIENTS ARE NOTIFIED THAT IF THIS MESSAGE COMES TO YOUR ATTENTION BY MISTAKE, ANY DISSEMINATION, USE, OR COPYING OF THE INFORMATION IS PROHIBITED. IF YOU RECEIVE THIS MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER AT ONCE.*

**From:** Jason W. Thomas [mailto:JThomas@ceimaine.org]
**Sent:** Tuesday, May 05, 2015 5:01 PM
**To:** andrea@molleurlaw.com
**Cc:** Sunshine
**Subject:** Update / SPS and Courts - April Benner

Andrea and April,

I'm attaching here all the documents that I have on file for both iterations of mediation in this case. There are a lot of them so I hope no one's firewall rejects the e-mail.

**Following up with the courts and SPS this afternoon.**

Court:   Next mediation date still not scheduled but the West Bath clerk (Kelly Cluff) did have it to be scheduled this week with mediator Dan Pykett. She would expect April to see a scheduling order in the next 1-2 weeks.

SPS:     Not surprisingly I spoke with a rep who is now stating that there are still "missing documents" on the file. The assertion is that they have been asking for April's 2013 tax return since 8/7/14. I educated her that it was remitted to them

through counsel in August of 2014 per their request. After her further review, she indicated that the return was there but was not dated. I asked her why this request was not mentioned to us in any of my calls since then or during the 12/3/14
mediation where SPS mediation specialist Sierra Hatch stated that the package was still complete (and had been deemed as so since 10/24/14) and nothing else was preventing the completion of the review save the NPV calculation issues that
they had been having internally. The representative had no answer for that but stated that their position now was there was no decision on file, including the 3/27/15 offer which was intimated to me verbally, unless they receive the dated 2013
return and, now, April's 2014 federal return or extension letter.

I have the dated 2013 return but didn't commit to sending it until I spoke with you. Are these documents that we should now remit or are we better served to get to another mediation session for them to demand all this?

Thanks!

Jason Thomas

Director, Housing Counseling and Education
(207) 882-5151
Fax: (207) 882-6365
jthomas@ceimaine.org

**Emily Wasserman**

| | |
|---|---|
| **From:** | Andrea Bopp Stark <andrea@molleurlaw.com> |
| **Sent:** | Thursday, June 11, 2015 4:20 PM |
| **To:** | Jason W. Thomas (JThomas@ceimaine.org) |
| **Subject:** | Benner |

Hi Jason:

Thanks for sending over all the documents. Can you send your notes when you have a chance? I want to create a timeline before our meeting. Do you think any of the delays were legitimate? For example, I know at one point they asked for her 2013 taxes which you had already provided but they claimed they were not dated. Anything else like that come up? That is where your notes and the timeline will be very helpful. I believe the taxes request came several months after you originally sent the taxes in which would make the request unreasonably late. Thank you.

Andrea Bopp Stark, Esquire
Molleur Law Office
419 Alfred Street
Biddeford, Maine 04005-3747
207-283-3777
207-283-4558 (fax)
andrea@molleurlaw.com
www.molleurlaw.com

*THIS EMAIL MESSAGE MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ALL RECIPIENTS ARE NOTIFIED THAT IF THIS MESSAGE COMES TO YOUR ATTENTION BY MISTAKE, ANY DISSEMINATION, USE, OR COPYING OF THE INFORMATION IS PROHIBITED. IF YOU RECEIVE THIS MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER AT ONCE.*

**Emily Wasserman**

| | |
|---|---|
| **From:** | Andrea Bopp Stark <andrea@molleurlaw.com> |
| **Sent:** | Friday, June 12, 2015 2:48 PM |
| **To:** | Sunshine (aprllb1@aol.com); Jason W. Thomas (JThomas@ceimaine.org) |
| **Subject:** | Monday June 22 at 10 am |

We have a meeting time:
**Monday June 22 at 10 am** at 465 Congress St. 3rd floor, Portland
Thank you!


Andrea Bopp Stark, Esquire
Molleur Law Office
419 Alfred Street
Biddeford, Maine 04005-3747
207-283-3777
207-283-4558 (fax)
andrea@molleurlaw.com
www.molleurlaw.com

*THIS EMAIL MESSAGE MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ALL RECIPIENTS ARE NOTIFIED THAT IF THIS MESSAGE COMES TO YOUR ATTENTION BY MISTAKE, ANY DISSEMINATION, USE, OR COPYING OF THE INFORMATION IS PROHIBITED. IF YOU RECEIVE THIS MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER AT ONCE.*

**Emily Wasserman**

| | |
|---|---|
| **From:** | Andrea Bopp Stark <andrea@molleurlaw.com> |
| **Sent:** | Friday, June 12, 2015 9:58 AM |
| **To:** | 'Jason W. Thomas'; 'Robyn Hansen' |
| **Cc:** | 'Sunshine' |
| **Subject:** | RE: Appointment |

Robyn is out but it looks like Gary is available before noon on the 22nd. April?

Andrea Bopp Stark, Esquire
Molleur Law Office
419 Alfred Street
Biddeford, Maine 04005-3747
207-283-3777
207-283-4558 (fax)
andrea@molleurlaw.com
www.molleurlaw.com

THIS EMAIL MESSAGE MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ALL RECIPIENTS ARE NOTIFIED THAT IF THIS MESSAGE COMES TO YOUR ATTENTION BY MISTAKE, ANY DISSEMINATION, USE, OR COPYING OF THE INFORMATION IS PROHIBITED. IF YOU RECEIVE THIS MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER AT ONCE.

**From:** Jason W. Thomas [mailto:JThomas@ceimaine.org]
**Sent:** Friday, June 12, 2015 8:31 AM
**To:** Andrea Bopp Stark; Robyn Hansen
**Cc:** Sunshine
**Subject:** RE: Appointment

Andrea,

Next week is difficult. I have the 22nd open entirely so we could meet anytime on that Monday if that date works for all involved. I will also have the notes you mentioned to you today.

Jason Thomas
Director, Housing Counseling and Education

**CEI**

35 Water Street
P.O. Box 268
Wiscasset, Maine 04578
(207) 882-5151
Fax: (207) 882-6365
jthomas@ceimaine.org

**From:** Andrea Bopp Stark [mailto:andrea@molleurlaw.com]
**Sent:** Thursday, June 11, 2015 5:11 PM
**To:** Jason W. Thomas; Robyn Hansen
**Cc:** Sunshine
**Subject:** FW: Appointment

Please see below.
Please respond to all. Thanks.


Andrea Bopp Stark, Esquire
Molleur Law Office
419 Alfred Street
Biddeford, Maine 04005-3747
207-283-3777
207-283-4558 (fax)
andrea@molleurlaw.com
www.molleurlaw.com

*THIS EMAIL MESSAGE MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ALL RECIPIENTS ARE NOTIFIED THAT IF THIS MESSAGE COMES TO YOUR ATTENTION BY MISTAKE, ANY DISSEMINATION, USE, OR COPYING OF THE INFORMATION IS PROHIBITED. IF YOU RECEIVE THIS MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER AT ONCE.*