IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| APRIL BENNER,<br><br>                             Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF MASTR ASSET-BACKED SECURITIES TRUST 2007-NCW, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES, 2007-NCW, SELECT PORTFOLIO SERVICING, INC., and SPECIALIZED LOAN SERVICING LLC,<br><br>                             Defendants. | Civil Action No. 2:16-cv-467-NT |

## NOTICE OF SETTLEMENT AND REQUEST FOR THIRTY-DAY ORDER

Plaintiff April Benner ("Plaintiff") and Defendants Wells Fargo Bank, N.A., as Trustee for the Certificate Holders of MASTR Asset-Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates, Series, 2007 NCW and Specialized Loan Servicing LLC ("Defendants") (together with the Plaintiff, the "Parties") hereby inform the Court that the Parties have reached a settlement agreement in principle that disposes of all claims against Defendants and will conclude this case in full.  The Parties are working towards and expect to soon complete a written, comprehensive settlement agreement.  As such, the Parties respectfully request a Thirty-Day Settlement Order, providing that the Parties have thirty days to file a Stipulation of Dismissal with prejudice.

[*Signatures on Next Page*]

| | |
|---|---|
| April Benner, | Specialized Loan Servicing LLC, and |
| Plaintiff | Wells Fargo Bank, N.A., as Trustee for the Certificate Holders of Mastr Asset-Backed Securities Trust 2007-NCW, Mortgage Pass Through Certificates, Series 2007-NCW, Defendants |
| By her attorneys, | |
| */s/ Andrea Bopp Stark* <br> Christopher J. Keach, Esq. <br> Andrea Bopp Stark, Esq. <br> MOLLEUR LAW OFFICE <br> Attorneys for Plaintiff <br> 419 Alfred Street <br> Biddeford, ME 04005 <br> Phone: (207) 283-3777 <br> Fax: (207) 283-4558 <br> Chris@molleurlaw.com <br> andrea@molleurlaw.com | By their attorneys, <br><br> */s/ Kevin Polansky* <br> Kevin Polansky (Maine Bar No. 005516) <br> kevin.polansky@nelsonmullins.com <br> Nelson Mullins Riley & Scarborough LLP <br> One Post Office Square, 30th Floor <br> Boston, MA 02109 <br> (617) 217-4720 <br> (617) 217-4710 (fax) |

Gary Goldberg, Esq.
TERRY GARMEY & ASSOCIATES
Attorneys for Plaintiff
482 Congress Street, Suite 402
Portland, ME 04101-3424
(207) 899-4644
ggoldberg@garmeylaw.com
Dated: June 24, 2018

CERTIFICATE OF SERVICE

  I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: June 24, 2018            */s/ Kevin P. Polansky*