UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

_____

APRIL BENNER

           PLAINTIFF

v.                                                   Civil Action No. 2:16-cv-467-NT

WELLS FARGO BANK, N.A., AS
TRUSTEE FOR THE CERTIFICATE
HOLDERS OF MASTR ASSET-BACKED
SECURITIES TRUST 2007-NCW,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES, 2007-NCW,
SELECT PORTFOLIO SERVICING,
INC., and SPECIALIZED LOAN
SERVICING, LLC

           DEFENDANTS

_____

## **STIPULATION OF DISMISSAL IN REGARDS TO DEFENDANTS SPECIALIZED LOAN SERVICING, LLC AND WELLS FARGO BANK, N.A.**

       Plaintiff, April Benner ("Benner"), and Defendants, Specialized Loan Servicing, LLC ("SLS) and Wells Fargo Bank, N. A. (Wells Fargo) stipulate and agree as follows, pursuant to Fed. R. Civ. P. 41:

       1.    All claims asserted, or that could have been asserted, by Benner against SLS and Wells Fargo in this action are hereby dismissed with prejudice.

       2.    This dismissal shall be without award of costs to any party, and each party shall bear its own attorneys' fees and other expenses.

Dated at Biddeford, Maine this 23rd day of July, 2018

| | |
|---|---|
| APRIL BENNER | SPECIALIZED LOAN SERVICING, LLC and WELLS FARGO BANK, N.A. |
| By her Attorney, | By their Attorney, |
| */s/ Andrea Bopp Stark*<br>Andrea Bopp Stark<br>**MOLLEUR LAW OFFICE**<br>419 Alfred Street<br>Biddeford, ME 04005-3747<br>207-283-3777<br>andrea@molleurlaw.com | */s/ Kevin Polansky*<br>Kevin Polansky, Esq.<br>**Nelson Mullins**<br>One Post Office Square<br>30th Floor<br>Boston, MA 02109<br>Telephone: 617-217-4710<br>kevin.polansky@nelsonmullins.com |
| Dated: _July 23, 2018_ | Dated: _July 23, 2018_ |

## CERTIFICATE OF SERVICE

I, Susan Black, hereby certify that I am over eighteen years old and caused a true and correct copy of the Stipulation of Dismissal to be served on the parties per the Court's ECF System on July 23, 2018.

Dated:   July 23, 2018

By:   */s/ Susan Black*
Susan Black, Paralegal
Molleur Law Office
419 Alfred Street
Biddeford, ME  04005
(207) 283-3777
susan@molleurlaw.com

## SERVICE LIST

**Served electronically:**

All parties on Court ECF mailing list including, Kevin Polansky, Counsel for Defendants, Specialized Loan Servicing, LLC and Wells Fargo Bank, N. A.